## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 2007 CNCSLD 242 |
|---|---|---|
| v. | : | ISSUED BY: _____ |
| Samuel Davis | : | 3:07 MJ 249 |

### BENCH WARRANT
May be served at any place within the jurisdiction of the United States.
*Unless Specified Otherwise Below*

TO:   The United States Marshal for the Superior Court of the District of Columbia or any other authorized federal officer or the Chief of Police of the District of Columbia

GREETINGS;   YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before this court or other person enumerated in 18 U.S.C. 3041 to answer to the charge(s) listed below. ( ) YOU ARE FURTHER COMMANDED to execute this warrant FORTHWITH.

**BASIS FOR WARRANT AND DESCRIPTION OF CHARGES**

Material Witness Warrant

( ) This Warrant is issued extraterritorially pursuant to D.C. Code § 23-1329(d)(1996)

**SPECIAL TERRITORIAL LIMITS ON EXECUTION OF WARRANT - THIS SECTION VALID ONLY IF COMPLETED**
Extraterritorial Service of this Warrant is limited to

**IDENTIFICATION OF PERSON TO BE ARRESTED**

ALIAS:

ADDRESS:   4317 3rd Street, S.E., Apt 203

D.C. MPD - PDID NO: 515-290    DATE OF BIRTH: 5/4/82    SEX: M    RACE: Black

HEIGHT: 5'6"    WEIGHT: 168 lbs.    OTHER:

OTHER:

WITNESS, The Honorable Chief Judge of the Superior Court of the District of Columbia under the seal of said Court this __16__ day of __May__, __2007__.

BAIL FIXED BY THE COURT
AT: __NO BOND__

Superior Court of the District of Columbia
BY: _____
(X) Judge  ( ) Hearing Commissioner  ( ) Deputy Clerk

| RETURN: | This warrant was received and executed with the arrest of the above-named person. |
|---|---|
| Date Received: | Name and Title of Arresting Officer |
| Date Executed: | Signature of Arresting Officer |

White – Court    Yellow – U.S. Attorney    Pink – U.S. Marshal

Form CD 2078/June 06